HERNDON, J.
I concur in the judgment.
I agree that the court below exceeded its jurisdiction in ordering that the child be delivered to plaintiff “to be taken to the home maintained by Mrs. Florence Berninger, ... to await placement in Pacific State Hospital at Spadra, California. ...” I further agree that the record discloses an entirely sufficient basis for an adjudication that petitioner was guilty of contempt by reason of her wilful refusal to surrender custody of the child, Corby, to plaintiff in conformity with the provisions of the interlocutory judgment. Plaintiff may now enforce his custodial rights by any appropriate proceeding. As I interpret it, our decision here is not intended to hold or intimate that plaintiff may not properly place the child in a suitable hospital or institution whenever, in the exercise of a sound parental discretion, he determines that hospital or institutional care is necessary to protect the child’s best interests.